UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARION KILER, Individually and as the representative of a class of similarly situated persons,

                          Plaintiff,

- against -

NEW DEAL, LLC d/b/a Against All Odds,

    Defendants.

ECF Case

1:18-cv-00305-KAM-ST

**STIPULATION OF DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 26 2018 ★
BROOKLYN OFFICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Marion Kiler and defendant, New Deal, LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

Dated: New York, New York
       April 19, 2018

SHAKED LAW GROUP, P.C.

By: *[signature]*
Dan Shaked, Esq.
44 Court Street, Suite 1217
Brooklyn, New York 11201
Telephone: (917) 373-9128
Facsimile: (718) 504-7555
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS

By: *[signature]*
Peter T. Shapiro, Esq.
77 Water Street
New York, New York 10005
Telephone: (212) 232-1322
Facsimile: (212) 232-1399
Email: peter.shapiro@lewisbrisbois.com
*Attorneys for Defendants*

**SO ORDERED:** /s/ USDJ KIYO A. MATSUMOTO

April 20, 2018

ACTIVE\53784909.v1